# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2010

141930

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

_____

In re VALES, Minors.

SC: 141930
COA: 295669
Wayne CC Family Division:
98-373991-NA

_____/

On order of the Court, the application for leave to appeal the September 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2010

_____
Clerk

s1102